UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

ASWINRAJ MANOHAR AND,
PACKIARAJ VEERAN

        Plaintiffs,

v.

        Case No. 1:16-cv-02454-NYW

SUGAR FOOD LLC D/B/A JAI HO,
SUGAR BHAVAN LLC D/B/A JAI HO BOULDER,
SUGAR DOSA LLC D/B/A JAI HO PARK MEADOWS,
SATHYA NARAYA, AN INDIVIDUAL, AND
SUJATHA NARAYAN, AN INDIVIDUAL

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, <u>with prejudice</u>, and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

| Deisch, Marion & Klaus, P.C. | AndersonDodson, P.C. |
|---|---|
| *(signed)* | *(signed)* |
| Jeffrey B. Klaus, Esq. | Alexander L. Gastman |
| jbk@deisch-marion.com | alex@andersondodson.com |
| 851 Clarkson Street | 11 Broadway, Suite 615 |
| Denver, Colorado 80218 | New York, NY 10004 |
| Attorneys for Defendants | Attorneys for Plaintiff |

SO ORDERED:

_____
U.S.D.J

Dated: _____